**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKEY DENNIS COOPER,         )<br>                                                       )<br>            Petitioner,              )<br>                                                       )<br>vs.                                                  )<br>                                                       )<br>ELDON K. McDANIEL, *et al.*,   )<br>                                                       )<br>            Respondents.          )<br>_____) | 3:97-cv-0222-JCM-WGC<br><br>**ORDER** |

Petitioner, who is represented by counsel, has filed a motion for an enlargement of time to file an opposition to the motion to dismiss. (ECF No. 122). Petitioner seeks a 45-day enlargement of time, up to and including July 12, 2012, to file an opposition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an enlargement of time to file an opposition to the motion to dismiss (ECF No. 122) is **GRANTED.** Petitioner's opposition shall be filed on or before **July 12, 2012.**

Dated May 2, 2012.

_____
UNITED STATES DISTRICT JUDGE