# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKEY DENNIS COOPER, | ) | |
| Petitioner, | ) | 3:97-cv-00222-JCM-WGC |
| vs. | ) | **ORDER** |
| RENEE BAKER, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner has filed a motion to styled as a "motion for partial dismissal." ECF No. 150. With the motion, petitioner asks the court dismiss Ground 7(a)(3)(b) from his amended petition (ECF No. 51). ECF No. 150. Respondents do not oppose the motion, provided the court finds the abandonment of the claim knowing, intelligent, and voluntary, and that the dismissal is with prejudice. The court so finds.

**IT IS THEREFORE ORDERED** petitioner's "motion for partial dismissal" (ECF No. 150) is GRANTED. Ground 7(a)(3)(b) is dismissed from the amended petition (ECF No. 51) with prejudice.

Dated September 24, 2014.

_____
UNITED STATES DISTRICT JUDGE